IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 6:19CR06 |
| ) | |
| TIMOTHY HAWKINS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter is before the Court on the Motion for Leave of Absence by W. Scott Brannen, counsel for Defendant, for the dates of July 17, 2019 through July 26, 2019; October 2, 2019 through October 4, 2019; December 26, 2019 through January 5, 2019. (Doc. 33.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 22nd day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA