# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH and STATESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: |
| LEAVE OF ABSENCE REQUEST | ) | |
| TARA M. LYONS | ) | CR619-012, S. Hagins |
| July 27, 2020 through July 31, 2020 | ) | CR619-006, T. Hawkins |
| | ) | |
| | ) | CR419-182, B. Wyatt |

## **ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation; same is hereby GRANTED.

This 7th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA